United States District And Bankruptcy Courts
For the District of Columbia

**FILED**
**JUN 15 2015**
Clerk, U.S. District and
Bankruptcy Courts

Joel Aaron Silbermann  Litigant
5002 78th Avenue
Hyattsville Maryland 20784
301 254 1503

Case: 1:15-cv-00913
Assigned To : Moss, Randolph D.
Assign. Date : 6/15/2015
Description: Pro Se Gen. Civil (F)

To Members of the Bar  Defendant
Katherine A. Mazzaferri  Suited As An
Chief Executive Officer  Lawful U.S. Corporation
The District of Columbia Bar  AD pro has
1101 K Street NW Suite 200  As An whole
Washington D.C. 20005  with conader in
                        chief

Complaint of order And Benfit

I Joel Aaron Silbermann hereboy pefion
et sus Judi For Admition to the United
States Bar As An prose Attourney specilizing
in civil interigues. I being of Domestic Age
And belife in Law request my prose Attorney
Attorney privaloge by trial by Jurry certifies
under penility that their be Sound reason I
shall not Advertise As An Lawer. I Seek written
proof buy way of Bar exam to be certified
with All powers of privlage For one Dollar
Sincerley                       Joel [signature]

**RECEIVED**
JUN 15 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia